# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CLIFFORD C. ABSHIRE, III

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2019 CW 0352

**AUG 1 9 2019**

---

In Re:   Clifford C. Abshire, III, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 649114.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** The district court dismissed relator's petition for judicial review, which ruling was affirmed by this court.   See **Abshire v. Louisiana Dep't of Pub. Safety & Corr.**, 2017-0005 (La. App. 1st Cir. 9/15/17), 2017 WL 4082078 (unpublished), <u>writ denied</u>, 2018-0048 (La. 1/8/19), 259 So.3d 1024.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT